

**United States Bankruptcy Court**
**District of Alaska**
605 West Fourth Avenue, Suite 138
Anchorage, Alaska 99501-2296
Phone: (907) 271-2655
Toll Free: (800) 859-8059
http://www.akb.uscourts.gov

RECEIVED APR 2 4 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, AK

RECEIVED U.S. BKCY. APP. PANEL OF THE NINTH CIRCUIT

# TRANSMITTAL FORM (APPEAL)

APR 3 2006

TO: Bankruptcy Appellate Panel of the Ninth Circuit
125 So. Grand Avenue
Pasadena, CA 91105

3:06-cv-00094 TMB

FILED
DOCKETED 4/10/06 ee

Filed On 3/29/06

FROM: Bankruptcy Court for the District of ALASKA
District/Office No. 097X/3

We are transmitting with this cover a Notice of Appeal which has been filed in our District. Also attached is a copy of the Notice of Filing of Appeal which has been transmitted to the parties. The pertinent information regarding this appeal is:

BAP#: AK-06-1126

| CASE NAME: | Norbert Lee Hart |
|---|---|
| Bankruptcy No.: | A05-01457 |
| Adversary No.: | |
| Bankruptcy Judge: | Donald MacDonald |
| Date Notice of Appeal Filed: | March 23, 2006 |
| Entry Date of Order Appealed From: | March 15, 2006 |
| Date Bankruptcy Filed: | October 04, 2005 |
| Date Notice of Appeal and Notice of Objection Period Mailed to Parties: | March 29, 2006 |
| Date of Transmittal to BAP: | March 29, 2006 |
| Date Appeal Fee Paid | pending, notice of court fees due submitted to appellant on March 28, 2006. |
| Other: | Rule 8003 Motion also filed. (copy enclosed) |

Dated: March 29, 2006                              Wayne W. Wolfe, Clerk

By: /s/ Robbi Canterbury
Deputy Clerk

Serve: BAP
U. S. Trustee
J. Pettigrew, attorney for debtor
G. Spraker, attorney for trustee
W. Barstow, trustee
Steven George Fair, appellant
3/29/06

