UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

In re:

Norbert Lee Hart

Debtors.

Case No. A05-01457-DMD
Chapter 7

Filed On
3/29/06

## NOTICE OF FILING OF NOTICE OF APPEAL
## AND TRANSMITTAL OF APPEAL TO BAP

To:  All Parties to the Appeal (listed below)

and

Bankruptcy Appellate Panel of the Ninth Circuit
125 South Grand Avenue
Pasadena, California

**NOTICE IS HEREBY GIVEN** that a Notice of Appeal was filed in this court by Steven George Fair on 3/23/2006. A copy of the Notice of Appeal is attached hereto. The appeal is being transmitted to the BAP along with a copy of this notice. For further information, the parties to the appeal are referred to the Notice of Requirements for Perfection of Appeal, filed and served concurrently with this notice.

DATED: March 29, 2006

WAYNE W. WOLFE
Clerk, U.S. Bankruptcy Court

By: /s/ Robbi Canterbury
Deputy Clerk

Attachments:  Notice of Appeal

Serve: U. S. Trustee
BAP
J. Pettigrew, attorney for debtor
G. Spraker, attorney for trustee
W. Barstow, trustee
Steven George Fair, appellant

3/29/2006

Steven George Fair Sovereign
Posterity by blood descent
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master General
              Sandy general delivery
              Sandy I.M.M. 122.1
              Oregon

*FAX!*
**FILED**

MAR 2 3 2006

CLERK
U.S. BANKRUPTCY COURT
By _____
      DEPUTY CLERK

            Bankruptcy Court for the united States of America
                            Anchorage Alaska

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No.:05-01457 DMD |
| Norbert Lee Hart | ) | Chapter 7 |
| | ) | |
|        Debtor | ) | |
| _____ | ) | |

### Notice of Appeal

Comes Now Creditor No. 1:

    To notice the court of *[appeal]* of illegitimate <u>JUDGMENT REGARDING OBJECTION TO PROOF OF CLAIM</u> for breach of fiduciary debt obligation to Creditor and contract, EQUITY SHARING AGREMENT, constructed upon TRUST DEED Hart/Fair, dated January 25th, 1986.

    Creditor notices the court that said judgment and <u>ORDER REGARDING OBJECTION TO PROOF OF CLAIM</u>, was not received until March 23rd, 2006. Creditor was out-of-state from March 14th to March 22, 2006.

    Done and dated this 23rd, day of the 3rd month A.D. 2006

*[signature]*

Steven George Fair
Sovereign, Posterity by blood descent