Gary Spraker, Esq.
Alaska State Bar No. 9107066
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
Telephone (907) 258-6016
Telefax (907) 258-2026
Attorneys for William Barstow, Trustee



## IN THE UNITED STATES BANKRUPTCY APPELLATE PANEL

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| In Re: ) | |
| ) | |
| NORBERT LEE HART, ) | **Case No.: 05-01457 DMD** |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

### NOTICE OF OBJECTION TO APPEAL BEING HEARD AND DETERMINED BY THE BANKRUPTCY APPELLATE PANEL (B.A.P.) AND ELECTION TO HAVE APPEAL HEARD BY U.S. DISTRICT COURT

William Barstow, Trustee, by and through undersigned counsel, files his objection of the referral of the Notice of Appeal filed in this matter on March 23, 2006, to the bankruptcy appellate panel. Pursuant to 28 U.S.C. § 158(c), the Trustee objects to the appeal being heard and determined by the Bankruptcy Appellate Panel (B.A.P.), and elects to have the appeal heard by the U.S. District Court for the District of Alaska.

DATED this April 7, 2006.

CHRISTIANSON & SPRAKER
Attorneys for Appellee
William Barstow, Trustee

By: /s/ Gary Spraker

Page 1   Section 158(c) Election to District Court
H:\2786\BAP Objection to BAP.wpd

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of April, 2006, the foregoing document was mailed to:

- Steven Fair
  C/o Postmaster General
  Sandy, OR 97005

By: *Susan Van Schooten*
    Susan VanSchooten

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

Page 2   Section 158(c) Election to District Court
         H:\2786\BAP Objection to BAP.wpd