U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California   (626) 229-7220
Appeals from all other Districts  (626) 229-7225

**RECEIVED**
APR 2 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

To: Steven George Fair

From: Elaine Lewis, Deputy Clerk

Date: April 10, 2006

Case Name: NORBERT LEE HART

BAP No: AK-06-1126

Bankruptcy No: 05-01457DMD

Adversary No:

Subject: NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL

YOU MUST FILE A RESPONSE TO THIS NOTICE WITH THE BAP CLERK'S OFFICE WITHIN FOURTEEN DAYS OR YOUR APPEAL MAY BE DISMISSED FOR LACK OF PROSECUTION.

A review of the documents in this appeal reveals a deficiency which could result in dismissal. This appeal appears to be defective for the following reasons:

LACK OF PROSECUTION BY THE APPELLANT

It appears that the Appellant has failed to:

_XXXXXXXX_   Pay the filing and docketing fees [28 U.S.C. Sec. 1930(b) and (c)]
_____  Pay $ _____ of the appeal filing fee (full fees as of November 1, 2003 are $255)
_____  File the Designation of Record (a list of the documents only)   (F.R.B.P. 8006)
_____  File the Statement of Issues   (F.R.B.P. 8006)

_____  File a Transcript Order Notice and make satisfactory arrangements for payment  (F.R.B.P. 8006 and 9th Cir. BAP Rule 8006-1)
_____  File the Transcript(s)   (F.R.B.P. 8006)

ALL OF THE ABOVE ITEMS MUST BE FILED IN THE BANKRUPTCY COURT

(3)

If the deficiency concerns failure to file transcript(s), when you respond to this notice of deficient appeal, you must file with the BAP the following items:

1 - proof that you have filed a Notice Regarding Transcript(s) with the Bankruptcy Court;

2 - proof that you have paid for the transcript(s); and

3 - the name, address, and telephone number of the court reporter responsible for preparing the transcript(s).

For all types of deficiencies other than failure to file transcipt(s), when you respond to this notice of deficient appeal, your response must state when you filed in the bankruptcy court the missing items.

*   *   *

Therefore, this appeal may be DISMISSED unless, within FOURTEEN (14) days of this notice, the Appellant provides an adequate legal explanation as to why the appeal should not be dismissed. Any legal explanation shoul discuss why the Panel should or should not impose alternative sanctions to dismissal and the relative culpability between the Appellant and his or her attorney. All responses should be provided in the form of an orginal and 3 copies with proof of service on opposing counsel.

cc: Appellees

CERTIFICATE OF MAILING
----------------------------------------
The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was mailed this date to all parties of record to this appeal.

By: Elaine Lewis

Deputy Clerk: April 10, 2006