# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

STEVEN GEORGE FAIR-APPELLANT (In Re: Norbert Lee Hart)

MICHAEL D. HALL, CLERK OF COURT

| DEPUTY CLERK | USDC Appeal No. 3:06-CV-00094 - TMB |
|---|---|
| | Bankruptcy Petition No. 05-01457 |
| Shari Fuhrer | BAP No. AK-06-1126 |

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: April 26, 2006

## NOTICE OF USDC APPEAL NUMBER

This appeal in the U.S. District Court will be case number 3:06-cv-00094-TMB.  This number must be used on all documents presented for filing in this matter in the District Court.

The Clerk of the Bankruptcy Court shall transmit the record on appeal to the Clerk, U.S. District Court when the record is complete for the purposes of appeal.  The Clerk, U.S. District Court shall forthwith notify the parties of the date of filing of the record.

[]{BKCYAPP.WPD*Rev.1/97}