RECEIVED
APR 2 4 2006
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

RECEIVED
APR 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

04-18-2006 A.D.
Steven George Fair
Sovereign
Posterity by blood descent
unenfranchisced
    post:  c/o post master General
           Sandy general delivery
           Sandy I.M.M. 122.1
           Oregon
message telephone 503.668.6836

U.S. Bankruptcy Appellante Panel of the Ninth Circuit

BAP No: AK-06-1126

Steven George Fair, Sovereign
Posterity by blood descent
unenfranchised

versus

united States Bankruptcy court for the united States of America
illegitimate UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

No. 05-01457 DMD [Alaska state]
debtor Norbert L. Hart
MAC DONALD IV, Donald, judge

Answer to NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL

(1)

Comes Now Creditor:

1.)     Supported by affirmed affidavit of Steven George Fair, Sovereign, Posterity by blood descent, unenfranchised, to the current *federal union of states* and illegitimate unauthorized private democratic entity created by Senatorial breach of Lincoln Presidential Pardon Article II, sec. 2, A.D. 1865, breach of Article V several State Suffrage, breach of Article VI Oath / Affirmation to allow an unauthorized *The Reconstruction Act of 1867 - present,* and the alleged 14th voluntary political legislative corporate amendment A.D. 1868. Creditor No. 1 has successfully deciphered the Cipher of this state, Ore.73, ch. 836, sec. 13, and U.S. 28 U.S.C. 3002(15) to understand the *Erie Railroad Doctrine* on 'person' corporate enfranchisee as a presumption of the courts in *silent judicial notice*. Discovery by Creditor No. 1 on *Erie* allowed decipher of the Cipher creating *The Clearfield Trust Doctrine* in use=debt=trust voluntary 'use' of fiat federal reserve notes creating a debtor in possession, fee, fife, feod, feud, feudal scheme, tenant in fee, serf, peon, slave, via the *general and paramount lien* of the Banking Act of 1913. Then discovery came on *Ashwander v. Tenn. Vly. Auth. Doctrine 'beneficiary/grantee cannot raise constitutional question/question against benefactor/grantor while in receipt of benefit from benefactor/grantor.* Creditor then understood that without Declaration of Character, Capacity, and Identity under Article IV constitutionally security of "...*that they are endowed by their Creator with Certain* [absolute] *unalienable Rights; that to secure these Rights governments are instituted amoung men...*" unanimous declaration of the thirteen united States of America, July 4th 1776, UNITED STATES 28 U.S.C. 3002(15) 'illegitimate' uses deceptive trade practices for unjust enrichment and illicit gain. Grantor of all authority for the institutions of America government and the preceding several States contracts, Steven George Fair, understood the illegitimate nature of 28 U.S.C. 3002(15), and defacto Court debt obligation under *Ashwander Doctrine* estoppel for debtors in possession of public Trust

(2)

office in inextinguishable debt obligation to Grantor/Posterity Steven George Fair. Under *Clearfield Trust Doctrine* the debtor in possession creates pubic Trust by use, 'use=debt=trust' of the offices secured constitutionally in Original Trust A contract Constitution for the united States of America endorsed Framer's intent A.D. 1787. *Erie Railroad, supra,* sets the presumption that the office holders have voluntarily registered politically to the congressional legislative military voter scam under the Reconstruction Act of 1867 to create an illegitimate 14th voluntary political amendment. Illegitimacy is construed from the facts surrounding the senatorial breach/trespass upon President Lincoln's Article II, sec. 2, Const., supra, presidential pardon of the several States in A.D.1865, President Johnsen exercise of executive veto against the Reconstruct Act of 1867, to veto illegitmate senitorial action to violate several State Suffrage at Article V, in breach of Article VI Oath or Affirmation. 28 U.S.C. 3002(15) is illegitimate based in the *Northern Senate Rebellion of A.D. 1865.* Creditor does not deny *The people by their quiet assent allow the lawlessness to continue* as opined by the supreme Court for the united States of America, Article III, Const., supra. Creditor understands as the Grantor of all authority upon which ". . . *to secure these Rights governments are instituted amoung men. . .", supra;* the illegitimate private democracy corporate government of enfranchisees 28 U.S.C. 3002(15) shall follow the principles of an illegitimate de facto court to secure Grantors public Rights secured constitutionally at Article I through Article VI, and Articles of Amendment I through XII, with Article of Amendment XIII being questioned because there was an Original Article of Amendment XIII that may have been involved in political skullduggery. This court simply must pay its inextinguishable debt under public Trust to Steven George Fair to secure his unalienable endowment from the Covenant of Abraham. *Ashwander Doctrine estoppel* prevents this body from raising any question against Grantor/Creditor's claim to Article I, sec. 10, cls. 1, debt of the office of governor for Alaska state. *Ashwander Doctrine estoppel* prevents this body from

raising any question against Grantor/Creditor's claim to Article I, sec. 8, cls. 5, debt obligation of Congress to 'value' based in the 1971 Nixon devaluation negating *The Currency Cases. Ashwander Doctrine estoppel* prohibits by judicial veto this body raising any question against Grantor/Creditor because 'use' of public Trust office creates inextinguishable debt *to secure these Rights governments are instituted amoung men, supra*. The private actors in this court have Oath or Affirmation to Article VI, Const. supra, in original Framer's intent in endorsement of said contract. Grantor/Creditor does not care if these illegitimate legislative offices are foreign, 28 U.S.C. 3002(15) to the several States, Article IV, Const. supra; they are bound privately to pay the inextinguishable Debt to Steven George Fair via *Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D. 1787, with Articles of Amendment I - XII*. Enfranchisee illegitimate judge MAC DONALD IV, Donald, made a claim that Grantor Steven George Fair supported anarchy, not being subject to the legitimate jurisdiction of the Federal Government, and the several States legitimate governments; rebuttal is included and made a part hereof.

Facts

2.) Creditor applied only to the <u>bankruptcy court for the united States of America,</u> Article I, sec. 8, from <u>Original Trust A contract Constitution for the united States of America A.D. 1787</u> as endorsed by the Framer's intent.

3.) Creditor did not find the Orders from the post office dated March 31st from Donald MacDonald IV until 04-07-2006 a Friday. Creditor immediately telephoned the clerk of court and was advised to bring up need for extension of time for reconsideration, appeal, and etc at a telephonic hearing 04-11-2006 on *Motion in the nature of Stay Lis Pendency*. Creditor discussed the issue of use of Legal Tender silver specie Coin Dollars struck by the Mint for the several States and federal reserve notes having no Article I, sec. 8, cls. 5 'value' and the office of governor's for Alaska's breach of Article I, sec. 10, cls.

1, estoppel for the several State Alaska on *Equal Footing*. Donald MacDonald IV's law clerk office advised to bring the oral motion for time to file to the attention of the MacDonald IV on Tuesday 04-11-2006. The clerk advised there would be a show cause hearing on the payment of fees at a point in the future. The clerk advised to bring the matter of Legal Tender before Donald MacDonald IV at the 04-11-2006 telehearing.

4.) Out of concern/fear because of the irregularities, and *Federal Judicial Conference* schemes to unsettle Sovereign Claims. Creditor filed Notice of Appeal and Leave to File for Appeal with the court by FAX, 04-07-2006, followed by original and certificate of service by post office first class post to the court and attorney for trustee SPRAKER, Gary, Esquire - *atturn ey* - Latin, in Anchorage, Alaska.

5.) On 04-11-2006 Creditor brought to MacDonald IV's attention the matter of compelled involuntary 'use' of federal reserve notes and the requirement to Order an involuntary use. MacDonald IV ignored the matter in appearing assent to 'involuntary use'. MacDonald IV ignored the oral request for time, only to rule against Written Motion for time on 04-17-2004.

6.) *Motion of Stay Lis Pendency* was denied, one Motion for reconsideration was denied as not timely (April 07 appearance of March 31st Order)( Motion for time denied April 17, 2006) one Motion for reconsideration was denied, Motion for reconsideration filed, Motion for reconsideration of motion for reconsideration was filed and denied. Objection to misrepresentation of material Fact in Motion for reconsideration of motion for reconsideration was FAXed 04-18-2006 and is included herein in addendum.

7.) The court and trustee sold the property/Land/buildings in question on April 14th, 2006 and at least partially dispersed the funds on April 17th, 2006 directly from the selling escrow.

8.) The court and trustee have slam dunked this matter taking unfair advantage of the 10day rule of the U.S. BANKRUPTCY COURT for a Creditor, *jus Soli, in propria*

(5)

*persona, jus Ad Rem* EQUITY SHARING AGREEMENT, dated August 7th, 1989.

9.) The word *pro se* offends Creditor because under *Erie Railroad Doctrine, Clearfield Trust Doctrine,* and *Ashwander v. Tenn. Vly. Auth. Doctrine* the word person is presumed to be a corporate enfranchisee of the alleged 14th amendment voluntary political act. Said illegitimate and rebuttable presumptions falsely place estoppel against Grantor Steven George Fair Posterity by blood descent unenfranchised to the private democratic scheme of 14th amendment subject grantee fee, fife, feod, feud, tenant in fee, feudal scheme, serf, peon, slave.

10.) *Pay the filing and docketing fees (28 U.S.C. Sec.1030 (b) and (c);*
(b) The Judicial Conference of the United States may prescribe additional fees in cases under title 11 of the same kind as the Judicial Conference prescribes under section of this title. (c) Upon the filing of any separate or joint notice of appeal or application for appeal or upon the receipt of any order allowing, or notice of the allowance of, an appeal or a writ of certiorari $5 shall be paid to the clerk of the court, by the appellant or petitioner.

(a) The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $150, except that on application for a writ of habeas corpus the filing fee shall be $5. (b) The clerk shall collect from the parties such additional fees only as are prescribed by the Judicial Conference of the United States. (c) Each district court by rule or standing order may require advance payment of fees.

Steven George Fair is confused by what the court wants. Under Article I, sec. 8, cls. 5, Congress has legislatively established the 'value' of a Dollar at 371 4/16th grains of fine silver, or 416 grains of common silver struck by the Mint as Legal Tender [Coinage Act of 1792, Gold. . .Act of 1985]. The treasury Department has affirmed that said silver specie Coin struck as Legal Tender by the Mint is Legal Tender to pay all debts on the <u>united</u> States of America.

11.) The federal reserve refuses to call federal reserve notes Dollars and advised that these notes have no 'value' Article I, sec. 8, cls. 5. Creditor understands illegitimate

(6)

public policy via Title 31 and federal territorial authority via Article IV, sec. 3, cls. 2 over the private property corporate enfranchisee persons of U.S. citizens, tenants in fee, debtors in possession under the general and paramount lien of the Banking Act of 1913, and exclusive power of Congress at Article I, sec. 8, cls. 17 & 18, the District, Guano Islands, Forts, Magazines, Arsenals, dock-Yards and Lands ceded by the legitimate governments of the several States, 28 U.S.C. 451.

12.) Everything rested res judicata in the late *Currency Cases* because *a federal reserve note could be exchanged for a thing that could be exchanged for silver Coin.* Judicial veto rested well, and good, res judicata until the Nixon devaluation of federal reserve notes as exchange; good for Dollars to 'zero', having no Article I, sec. 8, cls. 5 legislative 'value', see; *"Federal reserve notes are good for money unless specially objected to. . ."* McLeod v. Hoover (June 22, 1925) No. 26394, S.Ct. La.: S.Rep.305. Creditor understands the absolute power of congress via Article IV, sec. 3, cls. 2 over the territories and legislative enfranchisee persons as the private property of the congress via the alleged 14th voluntary political amendment. Creditor has over a 12 year judicial history of special objection to the misrepresentation of federal reserve money for the congress and its legislative creations under Article I, sec. 8, cls. 17 & 18 and/or Article IV, sec. 3, cls. 2.

13.) Some time ago, 1989/1990 ?, Creditor held a federal reserve note having a tally number of ONE over his head and demanded judge Larry Christianson of the federal district of Washington, superior court, Stevens county, <u>order</u> Creditor to make an involuntary use of these notes. Mr. Christianson, exclaimed to opposing council Charlie Sherman *atturn ey* "Oh my god Charlie. What do I do now !". Creditor was never compelled to make a use of the valueless federal reserve notes again.

14.) In 2003 Creditor filed a claim against the I.R.S. in the <u>district court for the united</u>

<u>States of America, Portland, Oregon</u>, Judge Haggerty. The clerk of court advised Creditor to bring 30 Dollars silver specie Coin money Legal Tender Dollars to the clerk of Court for a filing. Later judge Ancer Haggerty advised he changed the case filing to civil from miscellaneous and to bring down to the federal building, 120 more silver specie Coin Legal Tender Dollars to the clerk of court to perfect the filing. Creditor complied and received a receipt for two fifty silver Dollar valued gold Coins and 30 silver Dollar legal tender Coins from the Mint, Treasury Department, Legal Tender to Pay Debts. Creditor discovered Ancer Haggerty engaged a metals speculator in Portland and converted the silver specie Coin money of the several States to valueless federal reserve notes tally court approaching 1400. The courts have answered Creditor's complaints of Ancer Haggerty deceptive trade practices for unjust enrichment and illicit gain, with conversion of Private Property name and extortion in violation of O.R.S. 164.075 by refusal to disclose known information that will benefit Creditor, constructing lien for irreparable harm. At present a box of paper on judicial misconduct travels, for three years now, the post Roads because the clerk of Court continues to engage in conversion of the Private Name Private Property of Steven George, sur-name Fair *to gain an unfair advantage*, <u>Monroe Cattle Co.</u>

15.) Creditor is estopped from making a voluntary use of federal reserve notes and will seek joinder of the office of governor for Oregon/Alaska for breach of specific performance to Article I, sec. 10, cls. 1; to the BAP via Article IV several State Immunity and Privilege. Creditor asked Donald MacDonald IV for time so as to be able to address Legal Tender for the several States union and legal tender for the District and Article IV, sec. 3, cls. 2 territorial authority over enfranchisee corporate subject citizen slaves owing a debt obligation to the public policy of Title 31 as an illegitimate act of Senatorial Rebellion, res judicata, in violation of Article II, sec. 2 President Lincoln Pardon of the several Southern States, bringing about senatorial breach of specific performance to Article V several State Suffrage, and Sovereign Suffrage, a Individual Private Right of

Steven George Fair Sovereign, Posterity by blood descent, unenfranchised, see; *The State of Georgia* v. *Stanton* 73 U.S. 50 (1867) which deficiencies of venue/jurisdiction the Sovereign can now cure based in present loss of substantive constitutionally secured endowment *". . .that they are endowed by their Creator with Certain* [absolute] *unalienable Rights; to secure these Rights governments are instituted among Men. . .* <u>Original Trust contract unanimous declaration of the thirteen united States of America July 4th 1776 A.D,</u> which motion was denied 04/17/2006 by the court MAC DONALD IV, Donald.

Tender

16.)    Creditor will tender what ever Legal Tender the court orders 'specially' and 'specifically' to receive Due Process of Law under Article IV, and Article V of Amendment in the legislative bankruptcy court, Article I, sec. 8, cls. 4, of <u>Constitution for the united States of America</u>, supra, as endorsed by the Framers. Creditor is not confused as to his Legal Tender to extinguish Debts, Article I, sec. 10, cls. 1, Const., supra, on the several States pursuant to Article I, sec. 8, cls. 5 *"To coin Money. . "* and *". . .regulate the Value thereof, and of foreign Coin. . .".* Creditor is not confused about federal reserve notes having no value, Article I, sec 8, cls. 5 Const. supra, only discharging the tally to another debtor in possession. Creditor understands that Title 31 is illegitimate public policy under Article I, sec. 8, cls. 17 &18 and/or Article IV, sec. 3, cls. 2. Creditor is confused how the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON can trespass upon the district court for the united States of America, Portland, Oregon, by deceptive trade practices for illicit gain and unjust enrichment with a metals speculator when said Sovereign Legal Tender silver specie Coin struck as legal tender by the Mint, treasury Department, belong to We the People and should have been conveyed to Treasury for the several States, not converted unjustly to 28 U.S.C. 3002. Creditor has deciphered the Cipher of *The Gold Bullion Act of 1985* by reading the intent of the

Senate; that they were paying their debt to the People to provide Legal Tender silver specie Coin to Extinguish Debts. Creditor deciphered the Code of *rebellion, res judicata*, and understands an enfranchisee is estopped from paying Debts on the several States and therefore may only find gold and silver as things of speculation to try and increase their debtor in possession tally court of discharge instrument federal reserve notes.

Remedy

17.)    This court shall decide how to find Justice, Due Process of Law, and Just Compensation, Article V of Amendment, Const., supra, while protecting the Person, Article IV and Article IV of Amendment, Const., supra, from unlawful seizure, (breach of Article of Amendment IV, supra) in payment of grantee tenant in fee debtor in possession of Public Trust office/officer under Oath or Affirmation, Article VI, supra, to <u>*Original Trust contract unanimous declaration of the thirteen united States of America July 4th 1776*</u>, and <u>*Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D. 1787 with Articles of Amendment I -X, XI, XII &(possibly XIII ?)*</u>.

18.)    This court shall order Creditor to make an involuntary use of federal reserve notes, or find the Tender of silver specie silver and gold Coin Legal Tender Dollars as legislatively defined, Article I, sec. 8, cls. 5, made by Creditor, refused by the BAP, *tender made, tender refused, debt paid in full.* [O.R.S. / U.C.C. ]

/

/

/

/

/

/

(10)

Done and dated this nineteenth day of the fourth month, in the first year of captivity, the two hundred and thirtieth year of this Nation, the six hundred and seventy sixth year of Our Declaration of Lineage, the two thousand and sixth year of Our Lord.



Steven George Fair
Sovereign
Posterity by blood descent
    Covenant of Abraham
    Declaration of Arbroath
    unanimous declaration of the thirteen united States of America
    confederation
    definitive Treaty of Peace
    constitution for the united States of America

    Articles of Amendment I - X

Inclusions:    Affirmed Affidavit
               Objection to <u>ORDER DENYING MOITON FOR RECONSIDERATION OF ORDERS DENYING MOTIONS FOR RECONSIDERATION</u>

L
L
L
L    **"Specially Objected To"**
L
L    MacLeod v. Hoover  (June 22, 1925)
L    No. 26395, S.Ct. La.; 105 S.Rep. 305
L
L
L
L
L
L
L
L
L
L
L
L
L
L

(11)