RECEIVED
APR 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

RECEIVED
APR 2 4 2006
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

04-18-2006 A.D.
Steven George Fair
Sovereign
Posterity by blood descent
unenfranchisced
    post:  c/o post master General
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon
message telephone 503.668.6836


U.S. Bankruptcy Appellante Panel of the Ninth Circuit

BAP No: AK-06-1126

---

Steven George Fair, Sovereign
Posterity by blood descent
unenfranchised

versus

united States Bankruptcy court for the united States of America
illegitimate UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

---

No. 05-01457 DMD [Alaska state]
debtor Norbert L. Hart
MAC DONALD IV, Donald, judge

---

**Certificate of Service**

Answer to NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL

(1)

## Certificate of Service

Creditor certifies to the court that he did post a true, correct, complete and certain copy via the the united States post office of:

    Answer to NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL

to:     Gary Spraker [ atturn ey for Trustee Wm. Barstow, for U.S. Trustee ]
        911 West 8th Ave. ste. 201
        Anchorage, Alaska, 99501

        Donald MacDonald IV
        bankruptcy court for the united States of America
        Alaska state
        405 West 4th Ave. Suite 138
        Anchorage [99501]
        Alaska

on 04-19-2006 A.D.

Done and dated this 19th day of the 4th month A.D. 2006

_____
Steven George Fair, Creditor
        Sovereign, Posterity by blood descent