RECEIVED
MAY 1 2006
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

RECEIVED
MAY 02 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

04-18-2006 A.D.
Steven George Fair
Sovereign
Posterity by blood descent
unenfranchised
    post:  c/o post master General
            Sandy general delivery
            Sandy I.M.M. 122.1
            Oregon
message telephone 503.668.6836


U.S. Bankruptcy Appellante Panel of the Ninth Circuit

BAP No: AK-06-1126

3:06-cv-00094 TMB

Steven George Fair, Sovereign
Posterity by blood descent
unenfranchised

versus

united States Bankruptcy court for the united States of America
illegitimate UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

No. 05-01457 DMD [Alaska state]
debtor Norbert L. Hart
MAC DONALD IV, Donald, judge

illegitimate court breach of specific performance to Contract
by Ashwander Estoppel Trespass
Breach of fiduciary debt obligation to public Trust by Donald MacDonald IV

(1)

Comes Now the Sovereign/Creditor No. 1 to:

1.) Complain of *Ashwander* v. *Tenn. Vly. Authority Doctrine* estoppel trespass/breach by the illegitimate U.S. BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA. The court, supra, and Donald MacDonald IV are grantees of authority from Grantor Steven George Fair Sovereign, Posterity by blood descent, Original Trust A contract Constitution for the united States of America A.D. 1787, will Articles of Amendment I - XII. Grantee cannot raise question against Grantor's Article IV, Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D. 1787.

2.) The illegitimate U.S. BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA trespasses upon copyright Article I, sec. 8, cls. 4 *bankruptcy court for the united States of America.* Original Trust A contract, supra. The illegitimate U.S. BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA, trespasses upon copyright several State Alaska, Article IV, Sec. 3, cls.1, & Sec. 4.

3.) Under this claim of extortion of private property, O.R.S. 164.975, is the objection filed with the illegitimate court and illegitimate court officers for their incomprehensible abuse of power on 04-24-2006 and breach of fiduciary debt obligation in trespass upon *Ashwander Doctrine Estoppel.* Use=debt=trust, *Clearfield Trust Doctrine* establishes that the court and the officers are debtor in possession of public Trust office owing an inextinguishable debt to Steven George Fair's constitutionally secured "...*that they are Endowed by their Creator with Certain unalienable Rights...*" Original Trust contract unanimous declaration of the thirteen united States of America. Construction of Fact infers that Donald MacDonald IV, is a corporate enfranchisee of the illegitimate private foreign UNITED STATES 28 U.S.C. 3002(15) by *Erie Railroad Doctrine* the word person meaning a corporate enfranchisee created by the alleged 14th voluntary political amendment 1868.

4.) The Sovereign is concerned with the corruption of mobocracy in democratic

rebellion, res judicata, *Amos H. Short v. Francis Artimanger (Ertimanager) 5 Opin. 359, 525, s.Ct. (1851) justices Nelson and Strong, Cert. denied (1852)*, see; *On either local, personal, or political grounds, the great body of the people, without nicely scanning the merits of the legal question, upheld 'the locations act' and the subsequent proceedings under it, by sheer force of public opinion. . ."* Federal judge Matthew P. Deady, codifier 1872 Oregon General Laws, pg. 55, ft.nt.[1]. What this legislative corporate entity does in the privacy of its domicile has been opined to be the private business of the individual. However, when this private democratic mobocracy trespasses upon estoppel and enters the reality created by the Framers and Contract Law, supra, the appearance of extortion in violation of O.R.S. 164.075 and Article III, sec. 3, Original Trust A contract, supra, becomes a matter of open confession by the perpetrators.

5.)     Under this document lies the evidences/facts of knowing, willful, intentional and malicious trespass upon *Ashwander Doctrine Estoppel*, extortion O.R.S. 164.075, and conversion in deceptive trade practices of Sovereign Immunity and Privilege with no commercial agreement to enter the private corporate business of the Mr. Donald MacDonald IV and the illegitimate U.S. & U.S. BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA.

6.)     There is but a single contract question on legitimacy on appeal with No. 05-01457 DMD

Remedy

The BAC shall act in fiduciary debt obligation to Sovereign Steven George Fair Posterity by blood descent, supra, under Article VI, Original Trust A contact private Oath and Affirmation, to enforce *Ashwander Doctrine Estoppel* against the illegitimate acts of an illegitimate court by an illegitimate actor, MAC DONALD IV, Donald, in breach of Article IV, sec. 2, cls. 1, 2, & 3.

Done and dated this 24th day of the 04th month, in the first year of our compelled slavery to deny subsistence, in the six hundred seventy-sixth year of declaration, the two hundred thirtieth year of Our Nation.

_____
Steven George Fair Sovereign
Posterity by blood descent
unenfranchised

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/



/
/
/
/
/
/
/
/

**"Specially Objected To"**
MacLeod v. Hoover (June 22, 1925)
No. 26395, S.Ct. La.; 105 S.Rep. 305

/
/
/
/
/
/
/
/
/
/
/
/
/

(4)