RECEIVED

MAY  1 2006

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

04-18-2006 A.D.
Steven George Fair
Sovereign
Posterity by blood descent
unenfranchisced
         post:   c/o post master General
                 Sandy general delivery
                 Sandy I.M.M. 122.1
                 Oregon
message telephone 503.668.6836


U.S. Bankruptcy Appellante Panel of the Ninth Circuit

BAP No:  AK-06-1126        *3:06-cv-00 094 TMB*

_____

Steven George Fair, Sovereign
Posterity by blood descent
unenfranchised

versus

united States Bankruptcy court for the united States of America
illegitimate UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

_____

No. 05-01457 DMD [Alaska state]
debtor Norbert L. Hart
MAC DONALD IV, Donald, judge

_____

**Certificate of Service**

illegitimate court breach of specific performance to Contract
by Ashwander Estoppel Trespass
/
Breach of fiduciary debt obligation to public Trust by Donald MacDonald IV


(1 of 3)

The Sovereign Man Steven George Fair Posterity by Blood descent, unenfranchised

Certifies to BAP that a true, correct, complete, and certain copy of:

**Bankruptcy Appellante Panel for the ninth circuits**

illegitimate court breach of specific performance to Contract by Ashwander

Estoppel Trespass & Breach of fiduciary debt obligation to public Trust by Donald

MacDonald IV, 04-24-2006

and;

**bankruptcy court for the united States of America, Anchorage Alaska**

Sovereign objection to incomprehensible non-sense of corporate hu man

enfranchisees of the illegitimate *federal union of states* of democratic mobocracy

in UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF

ALASKA on 04-24-2006, placed on the back of this writing.

was posted via the post Office post to the following on this the 25th day of the 04th

month A.D. 2006 to:

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
ALASKA
605 WEST 4TH AVE. SUITE 138
ANCHORAGE, ALASKA 00501-2296

    for:    U.S. Trustee
            Jane Pettigrew, Esquire

and,    Gary Spraker [ atturn ey for Trustee Wm. Barstow, for U.S. Trustee ]
           911 West 8th Ave. ste. 201
           Anchorage, Alaska, 99501

           Donald MacDonald IV c/0
           MAC DONALD IV, Donald, roman 'civil death' nick-name of corporate
           enfranchisee
           bankruptcy court for the united States of America
           Alaska state
           405 West 4th Ave. Suite 138
           Anchorage [99501]
           Alaska                (2 of 3)

Done and dated this 25th day of the 04th month, in the first year of Our captivity to deny subsistence and breach Contract, the two hundred thirtieth year of Our Nation, the six hundred seventy-sixth year of Our Declaration to the Pope, the two thousand and sixth year of Our Lord, as opined by Chief Justice Jay to bring Peace *In the Name of the most Holy and Undivided Trinity* definitive Treaty of Peace A.D. 1783

Steven George Fair
Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America A.D. 1776
    confederation A.D. 1777
    Northwest Ordinance A.D. 1787
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - X  A.D. 1791
    Article of Amendment XI A.D. 1794
    Article of Amendment XII A.D. 1803
    Original Article of Amendment XIII

1.3 miles South East Dodge Park
Herrick Trail, Blue Landmark Roof
Sandy
Oregon
    Post:    c/o post master General
              Sandy general delivery
              Sandy I.M.M. 122.1
              Oregon

**"Specially Objected To"**

MacLeod v Hoover  (June 22, 1925)
No. 26395, S.Ct. La.; 105 S.Rep. 005