Steven George Fair Sovereign
Posterity by blood descent
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:   c/o post master General
                Sandy general delivery
                Sandy I.M.M. 122.1
                Oregon


FILED
RECEIVED
MAY 0 2 2006
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

Bankruptcy Court for the united States of America
Anchorage Alaska

In Re:                     )
                             )    Case No.:05-01457 DMD
Norbert Lee Hart          )    Chapter 7
                             )
             Debtor   )
_____ )

Creditors Objection to misrepresentation of material Fact
<u>ORDER DENYING MOTION FOR RECONSIDERATION OF ORDERS DENYING MOTIONS FOR RECONSIDERATION</u>, Dated April 4th, 2006

Comes Now Creditor/Sovereign Steven George Fair to object to material

misrepresentation of Fact on the face, in the above Order:

    Below is footnote[1] of MAC DONALD IV, Donald's above order:

> Mr. Fair's motion includes references to Silver specie Dollar Coin debts, illegitimate treaties and claims purportedly made by the United States, a demand for payment "because of bailment, depositum, precarium in allodial title to the Soil by Sovereign Right," an allegation that the bankruptcy court is an illegitimate entity because the United States "is a private corporation for territorial enfranchisee grantee corporation persons" which exists illegitimately, and assertions that Mr. Fair is somehow exempt from the laws of the United States on the basis of Sovereign Immunity.

1.)    By point, Creditor objects and makes the record true, correct, complete, and

certain upon his belief that the records of Archives are true, correct, complete, and certain:

    a.   "*. . .and assertions that Mr. Fair is somehow exempt from the laws of the*

*United States on the basis of Sovereign Immunity...".* Donald MacDonald IV misstates the *United States* in reference to the united States of America, wherein; creditor addresses the UNITED STATES, 28 U.S.C. 3002 as a foreign corporation. Donald MacDonald IV uses the word *"...exempt..."* where the Sovereign uses the *exception.* Donald MacDonald IV attempts to use the causa bella Ciphers of this state, to confound and confuse the reality created upon national and state Archives. Creditor is bound to obey all Law, in distinction to *"...laws..."* for corporate enfranchisees. The Federal Government has qualified jurisdiction only in Certain areas prior to the Northern Senate Rebellion of 1865 A.D. all ready in the record of the court. The powers of Congress/the Federal Government are expressly delegated at Article I, sec. 8, and are distinct from the illegitimate powers of the congress in 28 U.S.C. 3002(15) UNITED STATES:

1. Article 1, sec. 8, cls 1 authorizes certain powers against the united States, and the states only. (congress created an illegitimate corporate citizenship for...*excises...* and the alleged 16th amendment *which created no new power of taxation.* The Sovereign is Immune and has Privilege because he is not a corporation subject to excises.

2. Article 1, sec. 8, cls. 2, not applicable to Sovereign Immunity.

3. Article I, sec. 8, cls. 3, commerce clause is the most abused which affects Sovereign Immunity. The senate attempts to say that breathing clean air is subject to the interstate commerce clause. Sovereign Immunity and Privilege is subject to legitimate claims under the interstate commerce clause. The illegitimate 'the congress' has been overturned repeatedly, even with enfranchisee claims of congressional abuse of the commerce clause. Not in recent history has a Sovereign Immunity claim under Article

1, sec. 8, cls 3 been heard. It will be exciting to see a Sovereign Immunity claim to illegitimate abuse of the interstate commerce clause before the legitimate Courts.

4. Article 1, sec. 8, cls 4, see; 17 Stat. 134, May 18, 1872 to understand Immunity for an Oregonina., sec. 18, 2 Stat. 153, 1802. Those of the Oregon Country are different in Naturalization Law.

5. Article 1, sec. 8, cls 5, not applicable to Sovereign Immunity, except at Article 1, sec. 10, cls. 1.

6. Article 1, sec. 8, cls 6, Sovereign Immunity does not extend, and jurisdiction is given over sovereign immunity to counterfeiting - even the congress is 'subject' to criminal prosecution for counterfeiting federal reserve notes under the allegation they are Dollars as legislatively defined by Congress under Article 1, sec. 8, cls. 5. [Coinage Act of 1792 / Gold Bullion Act of 1985], senatorial intent to obey debt obligation to provide silver specie Coin Dollar Legal Tender.

7. Article 1, sec. 8, cls. 7, the current illegitimate government has illegitimately allowed a private entity the Postal Service to trespass upon this clause.

8. Article 1, sec. 8, cls. 8, Sovereign Immunity is secured by this clause.

9. Article I, sec. 8, cls. 9, Sovereign Immunity is secured legitimate judicial Courts, district and circuits.

10. Article I, sec. 8, cls. 10, Sovereign Immunity is prosecutable for Piracies and Felonies on the High Seas, and against the Law of Nations. Especially, is the congress subject to prosecution in crimes of illegitimacy to alleged the UNITED STATES 28 U.S.C. 3002 is the <u>united States of America A.D. 1787.</u>

11. Article I, sec. 8, cls. 11, the congress stands in present breach of Declaration of War, does not apply to Sovereign Immunity under Article IV.

12. Article I, sec. 8, cls 12, does not apply to Sovereign Immunity.

13. Article I, sec. 8, cls. 13, does not apply to Sovereign Immunity, supra.

14. Article I, sec. 8, cls 14, does not apply to Sovereign Immunity, except when the Sovereign is called out to defend the Nation by the office of President.

15. Article I, sec. 8, cls 15, s/a cls. 14 above.

16. Article I, sec. 8, cls. 16, s/a cls. 14 & 15 above.

17. Article I, sec.8, cls. 17, states the Sovereign Immunity is subject to Federal criminal/civil prosecution in the "...*District*...". And "...*like authority over all Places purchased by the Consent of the Legislatures of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful buildings.* Additionally 28 U.S.C. 451 describes Guano Islands in addition to sub-marine lands in the territorial Waters.

18. Article I, sec. 8, cls. 18, grants authority to enact Federal and Criminal Laws for Article 17, and the Sovereign is subject to certain of those laws in that territory defined in Article I, sec. 8 of Original Trust A contract Constitution for the united States of America as intended by the Framers.

b. Article II describes only the loss of Sovereign Immunity and Privilege in grantee acceptance of voluntary public office creating inextinguishable debt to Individual Sovereign Immunity in the office holder.

c. Article III, describes the Original Judicial Jurisdiction over the venue of the

Sovereign as a distinction to the inferior private legislative corporate voluntary jurisdiction of private democracy courts, like real Courts, see; 'exception' sec. 11(2), chapter 836, pg. 2709, Oregon General Laws 1973.

d. Article IV,

    1. Article IV, sec. 1 does not apply to the Sovereign.

    2. Article IV, sec. 2, cls. 1, describes Sovereign Immunity and Privilege on the several States in distinction to the *federal union of states*.

    3. Article IV, sec.2, cls. 2, describes Extradition which the Sovereign is subject to under claim of Common Law crime by a Peer's judicial complaint.

    4. Article IV, sec. 3, cls. 1, new States authority, abused by the congress to create *district of Oregon, district of Alaska, OR, AK, STATE OF OREGON, STATE OF ALASKA* in appearing territorial abuse of sec. 2. below. A grave question arises on the Endowments of Citizen under adoption of the Northwest Ordinance under *An Act to Create a Government in Oregon* in dual Citizenship; no authority exists constitutionally in *Manifest Destiny* to make one of the several States from a Sovereign Oregon Country.

    5. Article IV, sec. 3, cls. 2, territorial power of Congress, abused by the congress in trespass upon Article II, sec. 2 Lincoln presidential pardon to create illegitimate federal citizenship and illegitimate districts of Oregon and Alaska territorially

    6. Article IV, sec. 3, cls. 4, Republican Guarantee is where the democracy proves breach of contract, and second the congress in its rebellion refuses to protect the several States and the Citizens Immunity and Privilege at Article IV, sec 2, cls. 1.

    d. Article V,

        1. Article V, sec. 1, the congress is in breach of this article after passage of Article of Amendment XII, and possibly Article of Amendment XIII and in breach of specific performance by the congress in trespass upon Article II, sec. 2, presidential Pardon of President Lincoln to deny several State Suffrage under the Reconstruction Acts of 1867 to present and the alleged 14h voluntary political amendment.

    e. Article VI,

        1. Article VI, sec. 1, does not apply to Sovereign

        2. Article VI, sec. 2, breach of supreme Law of the Land in creation of corporate U.S. (1872) in the District, Article I, sec. 8.

        3. Article VI, sec. 3, breach of Oath to the constitutional intent of the Framers in A.D. 1787/1791.

2.)     The Articles of Amendment I - X, a.k.a. the Bill of Rights secures Sovereign Immunity and Privilege and creates estoppel in Congress ***Congress shall make no Law...*** Article XI is legitimate and limits the Sovereign by Due Process of Law, not taking an unalienable right declared in *"...that they are endowed by their Creator with Certain unalienable Rights; to secure these Rights governments are instituted amoung Men;* unanimous declaration of the thirteen united States of America. Article XII appears to be legitimate, Article of Amendment XIII remains in question because there was an Original Article of Amendment XIII that the senate rebelled against. And alleged 14th voluntary political amendment is illegitimate based in the historical record of Archives. The 14th remains political until such time as this democracy compel use at the loss of substantive unalienable rights by abuse of power.

3.)     The Sovereign is subject to the Law of the several State Oregon and under Article IV, supra, is entitled to all Immunity and Privilege of Citizens of the several States. A

legislative *exception* to federal union of states jurisdiction lies at O.R.S. 131.205 and Ore.73, ch.836, sec. 11(2). In essence this code says ***If a Man has no intent to enter this state, and commits no act in this state, which is not punishable in the State, the Man is not subject to the jurisdiction of a court of this state.***

4.) To summarize, the Sovereign is Immune and has Privilege against the codes created for enfranchisee *federal union of states* 14th amendment subject citizens of the district of Columbia, in distinction to the constitutional District of Columbia. *Blackstones Commentary on the Common Law* best describes the endowment of the Sovereign. Additionally, with the supreme court opinion that there is no *Federal Common Law*, the codes govern only the enfranchisees, except; were expressly noticed above. The Sovereign has his Legal Tender silver specie Dollar denominated Coin Legal Tender from the Mint. Enfranchisees have their tally score, discharge instruments from congress, to keep slave score in the territories for the general and paramount lien of the Banking Act of 1913, even if illegitimate. If this court alleges that Federal Reserve Note 'dollars' have 'value' on the several States, then in fact the Counterfeiting Laws of the several States, united States of America have been broken by the congress and the courts. Compelled use of frn notes by the court against the Sovereign will make appear Counterfeiting of Dollars as legislatively defined by Article I, sec. 8, cls. 5 'value' 371 4/16th grains of find silver struck by the Mint as Legal Tender Coin.

5.) Mr. Donald MacDonald IV now uses misrepresentation / *atturn ey* - Latin, in footnote 1, as referenced above. He writes of the <u>*bankruptcy court for the united States of America,*</u> as if that were his illegitimate UNITED STATES BANKRUPTCY COURT. He writes of the United States as if that were his illegitimate UNITED STATES 28 U.S.C. 3002(15). He writes *exempt* of an enfranchise when Creditor has only written of Sovereign Immunity and Privilege exception. Donald Mac Donald IV writes ". . .*assertions that Mr. Fair is somehow exempt from the laws of the United States on the*

*basis of Sovereign Immunity.* The Federal Government is limited by the constitution by express grants of authority within Article VI Oath or Affirmation to the original intent of the Framers in endorsement of Original Trust A contract constitution for the united States of America A.D. 1787. Without abuse of the Commerce Clause, and abuse of Territorial Authority of Congress, the *federal union of states democratic government* would be powerless on the Lands of the several States with few exceptions.

6.) Steven George Fairs in Sovereign Immunity and Privilege is *'excepted'* from the illegitimate laws for corporate enfranchisees enfranchised to 28 U.S.C. 3002(15). The *de facto* courts of the illegitimate democracy may enforce the Common Law of the Original several States in union against the Sovereign if he is liable under Complaint of a Peer, Sovereign in Common, or the allegation of an enfranchisee of intentional trespass within *this state, Ore.73, ch. 836, sec. 13*. The break is cleanly with the *rebellion*, res judicata, of the Salem Clique in Oregon in A.D. 1851, under judicial veto *'cert.denied'* A.D. 1852. The second break of uninterrupted delegation of authority is cleanly with the rebellion of the Northern Senate Rebellion of 1865.

7). Steven George Fair would necessarily need to trespass knowingly, intentionally, willfully, and maliciously to commit one of the five common law crimes of the several States in union for this state, supra, to gain *de facto* jurisdiction to prosecute the Sovereign in Sovereign Immunity and Privilege as constitutionally secured *unalienable endowment*.

8.) Donald MacDonald IV established two words structures in his illegitimate Order that allows the Sovereign to proceed -

    a. ruling does not make the court illegitimate

    b. or the ruling unjust

ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER DATED APRIL 14, 2006.

9.) Donald MacDonald IV misrepresented material Fact and Law in the above Order. He asserts the bullarky of the *Federal Judicial Conferences* on how to deal with Sovereign Claims.

10.) Donald MacDonald IV opines *The remainder of Mr. Fair's motion is incoherent. . .bankruptcy case.* Donald MacDonald IV lives in the Cipher of a rebellion, res judicata. Mr. MacDonald IV would have to change his illegitimate ways if he acknowledged the truth created upon the historical record of national and state Archives. Steven George Fair never appeared to the UNITED STATES BANKRUPTCY COURT, appealing to the <u>bankruptcy court for the united States of America</u> for the office holder to pay his inextinguishable debt to private contract, Article I, sec. 10, cls. 1. Mr. MacDonald IV intentionally misrepresents DISTRICT OF ALASKA as Alaska and Alaska State law as the codes of STATE OF ALASKA, AK, 99501 and the illegitimate UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA as the <u>bankruptcy court for the united States of America, Anchorage Alaska</u>.

11.) Your 'power' is immense in its illegitimate abuse of honesty, honor, and integrity against the paucity of the single authority endowed to Steven George Fair called Sovereign Immunity and Privilege, see; *Blackstones Commentary on the Common Law* as adopted to the *American Ratification of Blackstones Commentary on the Common Law*. You have misrepresented material Fact and twisted the truth, *atturn ey,* Donald when you tried to use *Federal Judicial Conference fast tract abuse of Due Process of Law* to make a rebuttable illegitimate statement that Steven George Fair says his Sovereign Immunity is anarchy *"exempt from the laws of the United States. . .".* The reality created by historical record in national and state Archives is that you Donald are in democratic mobocracy making the rules as you go to cover the illegitimacy of corporate rebellion, res judicata, denying the Laws of the several States, and the united States of America in framing intent A.D. 1787:

> John Marshal is said to have gone to Georgia for a debate. The Chief Justice was given the first question. He asked of his opponent *"Do you believe in an Immutable Law"* The opponent said "No". Marshall is said to have opined *"The debate is over, and I have won. For if you don't believe in Our Immutable Law, then, you will change the rules and change the rules until all shall fail."*

I seek only to establish a record of the illegitimacy of the current scheme in abuse of power, in denial of the Immutable Law to which I am absolutely accountable. I have my Legal Tender silver specie Coin Money defined by Act of Congress as a Dollar at Article I, sec. 8, cls. 5. You have your frn valueless tally scheme count federal territorial money, which counterfeits the word Dollar, a violation of Article I, sec. 8, cls. 6, unless you admit your illegitimate 28 U.S.C. 3002(15), illegitimate Cipher/code causa bella, admit your misrepresentation, in rebellion, res judicata, having NO constitutionally secured Immunity or Privilege in illegitimate public office mobocracy. Legalization by illegitimate legislatures [Title 31] of corporate enfranchisees in criminal counterfeiting of Dollars with valueless, Article I, sec. 8, cls. 5, federal reserve notes does not change the fact the UNITED STATES BANKRUPTCY COURT is UnLawfully making a use of counterfeit Dollars printed by the Federal Reserve , which is neither Federal, nor has Reserves in allodial ownership, only claiming the 'credit' of a corporate enfranchisee who exercises 1040 codicil via S.S.A. 5, in Roman Law Civil Death.

12.)   Federal jurisdiction is well defined, Article I, sec. 8, cls. 17 & 18, 28 U.S.C. 451, guano islands, etc, & etc, etc. Abuse of congressional authority is well documented and declared, as is Sovereign Immunity and obligation to the several States five common law crimes via litigate statutes. However irrespective of the Cipher and illegitimate acts of the legislatures for illegitimate courts, and illegitimate enfranchisee citizen/residents in commercial business when they breathe; the Sovereign is Immune and as Privilege estoppel against the private code/cipher of the democracy.

13,) AK, Sec. 11.41.520. Extortion is exactly, or nearly exactly as O.R.S. 164.075

(a) A person commits the crime of extortion if the person obtains the property of another by threatening or suggesting that either that person or another may;

> (3) expose confidential information or a secret, whether true or false, tending to subject a person to hatred, contempt, or ridicule or to impair the person's credit or business repute;

> (4) take or withhold action as a public servant or cause a public servant to take or withhold action;

> (6) testify or provide information or withhold testimony or information with respect to a person's legal claim or defense;

Donald MacDonald IV, SPRAKER, Gary, U.S. Trustee, and Wm. BARSTOW, appears to / *provides* false *information, withholding testimony . . .and information with respect to a persons . . .claim. . ."* by foot note 1 of the motion herein. Pursuant to A.K. the Common Law is the governing Law for that state Alaska in distinction to STATE OF ALASKA, a.k.a. DISTRICT OF ALASKA, a.k.a. AK, a.k.a. 99501 military war zone.

14.) The legitimate Federal Government office/officer grantee in possession of public Trust owes an inextinguishable debt to contract *". . .to secure these rights, governments are instituted amoung Men. . ."* *unanimous declaration of the thirteen united States of America* as endorsed by the Framers A.D. 1787. The illegitimate *federal union of states* shall obey fiduciary debt obligation as grantor/creators of the inferior congressional grant of legislative federal citizenship of the district of Columbia alleged 14th amendment to prevent these corporate enfranchisees, *in rebellion, res judicata,* from committing treason. By definition it is the democracy of *the federal union of states* which is Lawless having no Immutable Law, only the will of the masses in mobocracy.

15.) The congress exists in anarchy destined for Roman Civil failure historically, now claiming the *federal government of the federal union of states* is immune to contract specific performance to *unanimous declaration of the thirteen united States of America, 07-04-1776,* and *constitution for the united States of America A.D. 1787,* with *Articles of*

*Amendment I - X, XI, XII [XIII ?]* as endorsed by the Framer's intent. The Federal Government's legitimate jurisdiction over the individual Sovereign in Common is limited to the venue to regulate commerce, naturalization and Bankruptcy throughout the *united States of America,* counterfeiting, piracy and felony on the High Seas, and make exclusive laws for the District and the Territory Lawfully obtained.

16.)    This judge may wish to carefully note how precisely the Framers demanded specific performance to contract in Article I, sec. 8:

>   Congress shall have the Power:
>
>> cls. 1, over the united States
>> cls. 2, the United States [of America]
>> cls. 3, regulate Commerce
>> cls. 4, To establish. . .uniform Rule. . .throughout. . . united States
>> cls. 5, To coin Money, regulate the Value thereof, and of foreign Coin. . .
>> cls. 6, To provide Punishment. . .
>> cls. 7, To establish Post Offices and post Roads.
>> cls. 8, To promote
>> cls. 9, To constitute
>> cls. 10, To define and punish Piracies and Felonies. . ..
>> cls. 11, To declare War
>> cls. 12, To raise and support. . .
>> cls. 13, To provide
>> cls. 14, To make Rules. . .land and navel forces.
>> cls. 15, To provide for. . .
>> cls. 16, To provide for. . .
>> cls. 17, To exercise exclusive Legislation . . .over such District . . .to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings.
>> cls. 18, To make all Laws. . . Execution forgoing Powers. . .

17.)    By contract the Federal Government has limited jurisdiction over the several States at Article I, sec. 8, cls. 1, with Articles of Amendment IX & X limiting and reserving the People absolute Things. There are implied debts at Article I, sec. 10, cls. 1, for enforcement legislatively. The Framers were express and exact in where the Federal Government would have the Power of Criminal Prosecution. They rest exclusively at

Clause 6, Clause 10, Clause 17, Clause 18, and Article IV, sec. 3, cls. 2, territorially.

18.) At Article IV, sec. 3, cls. 2, *"The Congress shall have Power. . .respecting. . .or other Property belonging to the united States. . .".* The *rebellion, res judicata,* of Congress and Oregon abuse three sections of the Constitution. The first is Article I, sec.8, cls. 3, where Congress has no grant of authority for punishment against the private individual Sovereign secured constitutionally and defined expressly at Article IV contract supra. The second is Article I, sec. 8, cls 17&18 where Congress is limited absolutely by contract to the District, Guano Islands, Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings purchased from the several State Lawfully by accord of the legitimate. government officer/officer/defenders of Sovereign Immunity and Privilege as a public Trust inextinguishable debt.

19.) The most important distinction comes at Article IV, sec. 3, cls. 2 in the territorial Power of Congress. In 1865 *rebellion, res judicata,* Congress began their illegitimate quest to create Property via legislation making private corporate legislative Property identified as *". . .citizen of the United States, resident [doing corporate business]. . ."* alleged amendment 14. Article of Amendment XIII, section 1 appears to prevent Master/Servant Law in the several States, or any place where one of the several State may exercise jurisdiction. No where written does Article XIII have force and effect over Congress at Article I, sec. 8, cls. 17 & 18, or Article IV, sec. 3, cls. 2. Article of Amendment XIII exerts no effect upon the right of Congress to Master/servant Law. Congress had loosed the slaves with no Law and no Territory for Citizenship as noted in Article IV, supra. In 1872 the congress incorporated an entity for the District, Article I, sec. 8, cls. 17 & 18, and the territorial Property Article IV, sec. 3, cls. 2. The incorporated entity used the <u>*constitution for the united State of America A.D. 1787*</u> as its corporate charter to govern its legislative corporate enfranchisee Property 14th amendment citizen subjects. This private corporate entity is nick named the UNITED

STATES, defined at 28 U.S.C. 3002(15). The entity is foreign to the several States union. The proper title from the perspective of the several States should be: *The United states of the District of Columbia (1872).* The use of the word United States only becomes an International Copyright violation when an illegitimate body makes one believe that the United States/UNITED STATES is the *united States of America A.D. 1787,* founded upon *Original Trust contract unanimous declaration of the thirteen united States of America.* Much in the same way an Australian or Canadian Dollar is not a Dollar for the several State in union of Congressional Act, the UNITED STATES is allowed Internationally, unless it purports its Self to be what it is not.

20.)    Therein begins the trouble of the illegitimate UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA in its misrepresentation to be the **Bankruptcy court** authorized by the Framers of the Constitution. The Federal Governments grant of punitive power is so limited by the Constitution as to be non-existent except in the District. The deceptive trade practices to allege enfranchisee character illegitimately should be *"We hold these Truths to be Self evident. . ."*. The illicit gain in the instant was accomplished 04-14-2006 by misrepresentation of the U.S. Trustee, Wm. Barstow, Gary Spraker, and the illegitimate court discharging to another piece of Property corporate enfrachisee 14th amendment citizen under Master/servant Law.

21.)    The Lawful jurisdiction of an Article III judicial Court is a distinction to the legislative Bankruptcy court. Yet, the same estopple in Sovereign Immunity and Privilege, Article IV, Const. supra, prohibits the actions taken by you in judicial veto. Judicial action appears to lie against the democracy individuals 1-999,999,999 in the statutes of Fraud having no statute of limitation in Original Jurisdiction breach of contract specific performance to allege illegitimate authority.

Remedy

22.)    You may correct your errors, or let lie the misrepresentation of an illegitimate

court, within an illegitimate 28 U.S.C. 3002(15), within an illegitimate order, misrepresenting material fact, with an illegitimate MAC DONALD IV, Donald, and illegitimate discharge, constructing reality out of the thing air of the fiction this state, supra, constructing Sovereign lien by due process of law, to compel involuntary political choice against Steven George Fair by conversion O.R.S. 164.075 / A.R.S. 164.075, the laws against conversion and extortion being the same in the districts. *The national and states courts not being foreign to one another, as the state court are, but; subordinate parts of one complete system of government, Bennett v. Bennett 1 Deady 307, Ore. federal district Court (1872).* You know the judicial records and cipher of this state, Ore.73, ch. 836, sec. 13, and AK, Sec. 11.41.520 violation by Wm. Barstow individually via Gary Spraker individually and privately due to Article VI Oath or Affirmation breach as a Citizen ?

Done and dated this seventeenth day of the fourth month, in the first year of captivity, the two hundred and thirtieth year of this Nation, the six hundred and seventy sixth year of Our Declaration of Lineage, the two thousand and sixth year of Our Lord.

Steven George Fair
Sovereign
Posterity by blood descent
    Covenant of Abraham
    Declaration of Arbroath
    unanimous declaration of the thirteen united States of America
    confederation
    definitive Treaty of Peace
    constitution for the united States of America
    Articles of Amendment I - X

