

Steven George Fair Sovereign
Posterity by blood descent
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master General
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon

### Bankruptcy Court for the united States of America
### Anchorage Alaska

| | |
|---|---|
| In Re: ) | |
| ) | Case No.:05-01457 DMD |
| Norbert Lee Hart ) | Chapter 7 |
| ) | |
| Debtor ) | |
| ) | |

### Affirmed Affidavit of Steven George Fair

Comes Now a Sovereign unenfranchised Steven George Fair, Posterity by blood descent:

To testify that the following is true, correct, complete, and certain, or that I, Steven George Fair, believe the anachronistic facts recorded in Archives as true, correct, complete, and certain, pursuant to the Law of Perjury on that state of origin Oregon, *"An Act to Establish a Government in Oregon."* July 5th 1843, Clackamas county, July 5th 1843, Oregon Blue Book, 1997/98 pg. 371 & 313, *unanimous declaration of the thirteen united States of America,* July 4th, 1776, *and constitution for the united States of America* A.D. 1787.

1.    The Covenant of Abraham is. . .

2.    The Declaration of Arbroath A.D. 1320 makes Certain claim, tribe Judah, to the Covenant of Abraham, sub-clan Fair, Clan Ross, of the High Land Clans of Scotland.

3.    The *unanimous declaration of thirteen united States of America,* July 4th, 1776,

Page 1 of 4 - Affidavit of Sovereign

states:

      a.)    *We hold these truths to be Self Evident...*
      b.)    *...that they are endowed by their Creator with Certain unalienable Rights*
      c.)    *...that to secure these Rights governments are instituted amoung men...*

4. Contract *constitution for the united States of America* is endorsed by the Framers A.D. 1787, creating no obligation in the Posterity, and securing Certain Rights that are unalienable in consent, in any form, due to grantor/grantee office holder creating public Trust, and inextinguishable debt to the Posterity in grantee obligation, for which they, the individual Man, owe no Thing.

5. I, Steven George Fair, descend by blood from the Native American indigenous People, from Peter Fair, b. 1688, Maryland, and Joseph Goddard, b.Sept. 27, 1761 Virginia/Massachusetts, records of Fauquier county, Virginia, Roles of Revolutionary War Veterans from Virginia, History from Daughters of the Revolution Massachusetts.

6. Joseph Goddard assisted his father John Goddard with cannon, powder, and munitions for the battle at Concord Bridge A.D. 1775, when General Washington made Joseph Goddard Wagon Master General.

7. Joseph Goddard received War Grants to the Soil for service with Col. Green at Brandywine, Portsmouth, and other battles for Freedom.

8. The Goddards entered the Orygun in A.D. 1840 and existed under *An Act to Establish a Government in Oregon, July 5th, 1843*, prior to any dispute, or illegitimate entry by the U.S. in 1845, 1846, 1848.

9. In the year of our Lord A.D. 1851, *On either local, personal, or political grounds, the great body of the people, without nicely scanning the merits of the legal question, upheld 'the locations act', by sheer force of public opinion, if not otherwise,* <u>Oregon General Laws 1872, pg.55, ft.nt.2, federal district Court judge Matthew P. Deady.</u> "*Any law which embraces more than one subject, is in violation of this act, and is utterly null*

*and void.*" 5 opin 354, 525, justices Nelson and Strong (1851), cert. denied (1852). "... *in rebellion...*" Answer to Mr. Pratt, of the Salem Clique *rebellion,* Ore. supreme Court justices Nelson and Strong, Oregon City, 1852.

10. President Lincoln, under Article II, sec. 2, pardoned the Southern States and their legislatures, A.D. 1865. President Johnson exercised 'veto' of *The Reconstruction Acts* as unauthorized, illegitimate, and a breach of specific performance to contract Constitution, Article V and Article VI.

11. The senate, in breach of specific performance to presidential pardon at Article II, sec. 2, and presidential executive veto, denied state Suffrage at Article V of the contract constitution, so as to compel illegitimate military occupation under Stanton, Sec. of War, via the alleged Reconstruction Acts of 1867 to present, which act compelled involuntary ratification of the alleged 14th amendment to create a scheme to bring back the feudal scam of King George III. Oregon illegitimately ratified the alleged 14th amendment in 1973 bringing about exception 11(2), ch. 836, pg. 2708, Oregon General Laws 1973, [O.R.S. 131.205]. A.R.S. was identical in 1984.

12. All Things of this state, Ore.73. ch. 836, sec. 13 since A.D. 1851, and all Things of the congress since A.D.1865 are illegitimate legalization of criminality. The tell of corruption and deceptive trade practices is long, convoluted, coded, and ciphered under the colours of the Commander in Chief and legislative executive skullduggery to bring about a *New Deal* which is deciphered from War Code as feudal scheme like held by King George III prior to the *definitive Treaty of Peace* as ratified A.D. 1784.

13. What is relevant is, that Steven George Fair is unenfranchised to the corporate corruption of this state, supra, and the rebellion, res judicata of the people *On either local, person, or political grounds.* Steven George Fair Sovereign exists by legitimate Right, the court actors and individuals exist in illegitimate legalization of criminality in character, capacity, and identity as witnessed in National and State Archives, see; the criminal Acts

Page 3 of 4 - Affidavit of Sovereign

of F.W. Benson Dec. 3, 1910 in supplantation of the judicial branch of government for this state, Ore. 73, ch. 836, sec. 13.. Estoppel lies against trespass upon the secured Rights and Endowments of Steven George Fair in Article III, sec. 3, claim of assault upon the Constitution with intent to destroy the *unanimous declaration of the thirteen united States of America, July 4th 1776,* by grantee corporate enfranchisees, in legislative creation of the alleged 14th amendment, under alleged, but illegitimate military power of the Secretary of War, and the executive Commander in Chief as witnessed by International Symbol, Seal, and Colours, see; Veterans of Foreign Wars - Eagle = Office of President, gold silk, cords, and fringe = spoils of War under the Commander in Chief.

Done and dated this 29th day of the 3rd month A.D. 2006

Further Affiant Sayeth Naught

_____
Steven George Fair, Sovereign
Posterity by blood descent
Creditor



/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

**Page 4 of 4 - Affidavit of Sovereign**