# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

STEVEN GEORGE FAIR - APPELLANT (IN RE: NORBERT LEE HART)

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                    CASE NO. 3:06-cv-00094-TMB

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 20, 2006

    The above-named Appellant is hereby ordered to show cause within fifteen (15) days from the date of this order why the above-referenced case should not be dismissed, in light of the Bankruptcy Court's Notice stating the following:

    X  Filing fee for filing appeal ($255.00) has not been paid.

    X  Designation of record has not been filed by appellant.

    X  Statement of Issues on Appeal has not been filed by appellant.

    X  Transcripts have been requested, no arrangement for payment of transcript fees has been made.

[]{IF1.WPD*Rev 12/96}