UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>NORBERT LEE HART,<br><br>    Debtor<br>_____<br><br>STEVEN GEORGE FAIR<br><br>    Appellant,<br><br>vs.<br><br>WILLIAM M. BARSTOW, III, Trustee<br><br>    Appellee. | No. 3:06-cv-00094-TMB<br><br>ORDER DISMISSING APPEAL<br><br><br><br>On Appeal From<br>U.S. Bankruptcy Court, District of Alaska<br>Hon. Donald MacDonald IV, Chief Judge<br>Bankruptcy Case A05-01457-DMD |

      On April 10, 2006, the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit sent a Notice to appellant Steven George Fair notifying him that the appeal was deficient for failure to pay the required filing fee ($255.00) and that failure to pay the required fee would result in dismissal.

      On June 19, 2006, the Clerk of the Bankruptcy Court sent appellant a notice advising him that the Clerk of the Bankruptcy Court was unable to transmit the record on appeal to this court because: (1) the filing fee had not been paid; (2) he had failed to file the required designation of record; (3) he had failed to file a statement of issues; and (4) a transcript had been requested but no arrangements had been made for payment of the required fees. [Docket 13]

      On June 20, 2006, this Court entered its order to Appellant to show cause why this appeal should not be dismissed for failure to cure the deficiencies noted by the Clerk of the Bankruptcy Court. [Docket 12]

On July 5, 2006, the Clerk of the Bankruptcy Court transmitted to this Court what purported to be the response by Appellant to the deficiency notice. [Docket 13]

Appellant having failed to cure the deficiencies or adequately show cause why this appeal should not be dismissed,

IT IS THEREFORE ORDERED THAT the appeal is hereby DISMISSED.

The Clerk of the Court to enter a final judgment accordingly.

Dated: August 10, 2006.

                                                s/ Timothy M. Burgess
                                                TIMOTHY M. BURGESS
                                                United States District Judge