**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

In re
NORBERT LEE HART,
          Debtor

STEVEN GEORGE FAIR
          Appellant,

                                        Case Number 3:06-CV-00094-TMB

v.

WILLIAM M. BARSTOW, III, Trustee,
          Appellee.            **JUDGMENT ON BANKRUPTCY APPEAL**
                            Bankruptcy Case No. A05-01457-DMD


__   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 XX   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the appeal is hereby DISMISSED.


 Date: August 10, 2006

                                 Ida Romack
                                 Ida Romack, Clerk of Court


                                  Elisa Singleton
                                 (By) Deputy Clerk


[Jmt1-with fees and costs-revised 1-30-06]