UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
AUG 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| In re:<br><br>NORBERT LEE HART,<br><br>Debtor.<br><br>Appellant: STEVEN GEORGE FAIR | **Appeal No. 3:06-CV-00094 TMB**<br><br>Bankruptcy No. A05-01457-DMD<br>BAP No. AK-06-1126<br><br>Filed On 8/30/06 |
| In re:<br><br>NORBERT LEE HART,<br><br>Debtor.<br><br>Appellant: STEVEN GEORGE FAIR | **Appeal No. 3:06-CV-00130 TMB**<br><br>Bankruptcy No. A05-01457-DMD<br>BAP No. AK-06-1159 |

**TRANSMITTAL OF REJECTED CORRESPONDENCE
RECEIVED BY BANKRUPTCY COURT FROM APPELLANT**

On August 28, 2006, this court received a document from the appellant, Steven George Fair, entitled "Motion in the Nature of Prosecution for Declaratory Judgement." Enclosed with Mr. Fair's motion were two envelopes which had been mailed to Mr. Fair from the United States District Court for the District of Alaska, postmarked August 10, 2006. Both of these envelopes were stamped "Return to Sender" and "Specially Objected To," and appear to have been unopened by Mr. Fair. As this rejected correspondence was not sent from the Bankruptcy Court, the Clerk of the Bankruptcy Court is transmitting it to the United States District Court for its information.

Dated: August 30, 2006

WAYNE WOLFE, CLERK

United States Bankruptcy Court

By: /s/ Robbi Canterbury
Robbi Canterbury, Deputy Clerk

Serve: Steven George Fair, Pro Se Appellant
Gary Spraker, Esq. (for trustee)
Jane Pettigrew, Esq. (for debtor Hart)
William Barstow, Trustee
8/30/2006